**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSEPH GUGLIEMO, on behalf of himself
and all others similarly situated,
    Plaintiff,

v.                                          CASE NO.: 1:20-cv-7368
NIALAYA JEWELRY, INC.

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: March 10, 2021

                                                Respectfully Submitted,

                                                */s/Mark Rozenberg*
                                                Mark Rozenberg Esq.
                                                **Stein Saks, PLLC**
                                                285 Passaic Street
                                                Hackensack, NJ 07601
                                                mrozenberg@steinsakslegal.com
                                                Tel. 201-282-6500
                                                Fax 201-282-6501
                                                *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 10th  day of March 2021                              Respectfully Submitted,

                                                                           */s/ Mark Rozenberg*
                                                                         Mark Rozenebrg